UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MARTINEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>O'REILLY AUTO ENTERPRISES LLC, a limited liability company; AUSTIN GILMORE, an individual; JASON VELLIDO, an individual; and DOES 1-30, inclusive,<br><br>　　　　Defendants. | No.  1:22-cv-01643-ADA-CDB |
| THEODORE HATLESTAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>O'REILLY AUTO ENTERPRISES LLC, a limited liability company; AUSTIN GILMORE, an individual; JASON VELLIDO, an individual; and DOES 1-30, inclusive,<br><br>　　　　Defendants. | No.  1:22-cv-01644-ADA-CDB<br><br><u>ORDER GRATING PARTIES' STIPULATION TO DISMISS PLAINTIFF MARTINEZ'S FOURTH CAUSE OF ACTION, DISMISSING DEFENDANTS GILMORE AND VELLIDO, AND CONSOLIDATING CASES</u> |

On January 27, 2023, the parties' stipulated to: (1) dismiss Plaintiff Nicolas Martinez's fourth cause of action for negligent hiring, training, supervision, or retention, (2) to dismiss Defendant

1

Austin Gilmore from the action, (3) to dismiss Defendant Jason Vellido from the action, and (4) to consolidate the following cases for all purposes:

- *Martinez v. O'Reilly Auto Enterprises LLC, et al.* (No. 1:22-cv-01643-ADA-CDB); and
- *Hatlestad v. O'Reilly Auto Enterprises LLC, et al.* (No. 1:22-cv-01644-ADA-CDB).

(*See* Case No. 1:22-cv-01643-ADA-CDB, ECF No. 9.)  The parties stipulated the "Martinez matter" be "deemed the 'lead' case."  (*Id.*)

The Court grants the parties' stipulation to dismiss Plaintiff Martinez's fourth cause of action and to dismiss Defendant Austin Gilmore and Defendant Jason Vellido.  (*See* Case No. 1:22-cv-01643-ADA-CDB, ECF No. 9.)

On January 19, 2023, the undersigned related and reassigned the latter-filed case.  (*See* Case No. 1:22-cv-1644-ADA-CDB, ECF No. 9.)  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  In exercising its discretion, the Court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause."  *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).  Here, the Court finds that the actions involve the same or similar parties, claims, and questions of fact or law and that consolidation will avoid unnecessary costs and duplication of proceedings.  Thus, good cause exists to grant the parties' stipulation to consolidate the cases.

Accordingly,

1. The parties' stipulation (Case No. 1:22-cv-01643-ADA-CDB, ECF No. 9); dismissing Plaintiff Martinez's fourth case of action, Defendant Austin Gilmore, and Defendant Jason Vellido, and consolidating these cases, is granted;

2. The above-referenced cases shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);

///

///

3. The Clerk of the Court is directed to file this order in each of the above-referenced cases; and

4. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case number as follows:

    **Lead Case:**    1:22-cv-01643-ADA-CDB

    **Member Case:**    1:22-cv-01644-ADA-CDB

IT IS SO ORDERED.

Dated:   February 1, 2023

UNITED STATES DISTRICT JUDGE

3