# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MARTINEZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br><br>  Defendant. | Case No. 1:22-cv-01643-ADA-CDB<br><br>**ORDER REASSIGNING THE ACTION**<br><br>**New Case No. 1:22-cv-01643-CDB** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). (ECF Nos. 22, 26.)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Christopher D. Baker for all further proceedings. All further papers filed in this action shall bear the new case number: **1:22-cv-01643-CDB**.

IT IS SO ORDERED.

Dated:   May 11, 2023

_____
UNITED STATES DISTRICT JUDGE