JAMES M. PETERSON (Bar No. 137837)
peterson@higgslaw.com
GEOFFREY M. THORNE (Bar No. 284740)
thorneg@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA  92101-7910
Telephone:  (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Defendant
O'REILLY AUTO ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MARTINEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>O'REILLY AUTO ENTERPRISES LLC, a limited liability company; and DOES 1-30, inclusive,<br><br>　　　　Defendants. | Lead Case: 1:22-cv-01643-CDB<br><br>Member Case 1:22-cv-01644-CDB<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]** |
| THEODORE HATLESTAD, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>O'REILLY AUTO ENTERPRISES LLC, a limited liability company; and DOES 1-30, inclusive,<br><br>　　　　Defendants. | |

**TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

/ / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO.: 1:22-CV-01643-ADA-CDB

**PLEASE TAKE NOTICE THAT** Plaintiffs NICOLAS MARTINEZ and THEODORE HATLESTAD (collectively, "Plaintiffs"), on one hand, and Defendants O'REILLY AUTO ENTERPRISES, LLC hereby stipulate and jointly move this Court to dismiss the above-captioned actions, including the Complaints filed in Lead Case: 1:22-cv-01643-CDB and Member Case 1:22-cv-01644-CDB, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own attorneys' fees and costs of suit.

Dated: December 12, 2023                HIGGS FLETCHER & MACK LLP

                                        BY:  */s/ Geoffrey M. Thorne*
                                        JAMES M. PETERSON
                                        GEOFFREY M. THORNE
                                        Attorneys for Defendant
                                        O'REILLY AUTO ENTERPRISES, LLC

Dated: December 12, 2023                THE RAMIREZ LEGAL GROUP

                                        By:  */s/ April Ramirez*
                                        APRIL RAMIREZ
                                        Attorneys for Plaintiffs
                                        NICOLAS MARTINEZ AND
                                        THEODORE HATLESTAD

## **CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: December 12, 2023                By:   */s/ Geoffrey M. Thorne*
                                        GEOFFREY M. THORNE